IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MICHAEL COLLIER,
TYRONE DUCHARME, and
BRENDAN KAVANAGH                                                                PLAINTIFFS

V.                                                        CIVIL ACTION NO. 2:18cv88-KS-MTP

GROVE TRANSPORTATION COMPANY
OF MISSISSIPPI, LLC
D/B/A GROVE TRANSIT                                                              DEFENDANT

### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

CAME ON BEFORE THE COURT on the *ore tenus* Motion to Dismiss with Prejudice raised by Defendant Grove Transportation Company of Mississippi d/b/a Grove Transit ("Grove Transit") and Plaintiffs Michael Collier, Tyrone Ducharme and Brendan Kavanagh. The Court, having considered the motion, being fully advised in the premises, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that any and all claims brought in this matter by the Plaintiffs are hereby fully and finally dismissed in their entirety with prejudice with each party to bear its own costs.

IT IS, FURTHER, ORDERED AND ADJUDGED that the Court maintains jurisdiction to enforce the terms of any resolution herein should a dispute arise between the parties.

SO ORDERED AND ADJUDGED, this the __23rd__ day of July, 2019.

                                            _____s/Keith Starrett_____
                                            UNITED STATES DISTRICT COURT JUDGE

AGREED AND APPROVED BY:

*s/Daniel M. Waide (MSB# 103543)*
Johnson Ratliff & Waide, PLLC
P.O. Box 17738
Hattiesburg, MS 39404
Tel: (601) 582-4553
Fax: (601) 582-4556
E-Mail: dwaide@jhrlaw.net
*Attorney for Plaintiffs Collier, Ducharme and Kavanagh*

*s/Seth M. Hunter (MSB# 101145)*
Dukes Dukes & Hunter
P.O. Box 2055
Hattiesburg, MS 39403
Tel: (601) 544-4121
Fax: (601) 544-4425
E-Mail: shunter@jdukeslaw.com
*Attorney for Defendant Grove Transit*